**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-7747**

———————————

DENNIS J. MOSLEY,

Petitioner - Appellant,

versus

M. E. RAY, Warden, Federal Correctional Insti-
tution - Estill; UNITED STATES PAROLE COMMIS-
SION; JANET RENO, Attorney General,

Respondents - Appellees.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  Henry M. Herlong, Jr., District
Judge.  (CA-95-2868-9-20JC)

———————————

Submitted:  April 17, 1997          Decided:  April 29, 1997

———————————

Before NIEMEYER and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Dennis J. Mosley, Appellant Pro Se.  Barbara Murcier Bowens, OFFICE
OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Mosley v. Ray</u>, No. CA-95-2868-9-20JC (D.S.C. Sept. 26, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>